UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBERTY MUTUAL INSURANCE COMPANY,

Plaintiff,

-against-

MAERSK A/S,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  6/1/2026 ____

26 Civ. 2220 (AT)

**ORDER**

ANALISA TORRES District Judge:

On March 20, 2026, the Court ordered the parties to file a joint letter and proposed case management plan by May 18, 2026.  *See* ECF No. 7.  Those submissions are now overdue. Accordingly, by **June 22, 2026**, the parties shall submit their joint letter and proposed case management plan.

SO ORDERED.

Dated: June 1, 2026
New York, New York

_____
ANALISA TORRES
United States District Judge